JEREMY W. FAITH (State Bar No. 190647)
RUDY E. BRANDES (State Bar No. 265736)
GOODMAN FAITH, LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: (818) 827-9193
Facsimile: (818)932-3686

Attorneys for David L. Hahn,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>WILLIAM ANTHONY RIOS and ELSA REBECCA RIOS,<br><br>Debtor. | Case No.: 2:09-bk-46198-ER<br><br>Chapter: 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS**<br><br>[11 U.S.C. § 554(A); FRBP 607; AND LBR 6007-1(A)]<br><br>No Hearing Required |

**TO ALL INTERESTED PARTIES:**

      **PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a), David Hahn, Chapter 7 trustee herein (the "Trustee"), intends to abandon to the debtor, the estate's interest, if any, in the real property located at 2640 Palmgrove Avenue, Los Angeles, California 90076 (the "Property").

      The Trustee is informed and believes that there is no realizable equity in the Property due to the current value of the Property and the amount of secured debt against the Property. Hence, the Trustee believes that the proposed abandonment is in the best interests of the estate and its creditors.

///

Main Document    Page 2 of 5

1  Pursuant to Local Bankruptcy Rule 6007-1(c)(1), any objection or
2  request for hearing must be filed with the Court and served on the undersigned
3  not more than 14 days after service of this notice. If no request for hearing is
4  timely filed and served, the Trustee may take the proposed action and the Trustee
5  will be deemed to have abandoned any interest in the Property 14 days from the
6  date of mailing this notice, which date is noted below.

8  DATED: May 20, 2010

10  GOODMAN FAITH, LLP

12  By: /S/    JEREMY W. FAITH
       Attorneys for
13  David L. Hahn, Chapter 7 Trustee

| In re: WILLIAM ANTHONY RIOS and ELSA REBECCA RIOS, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2::09-bk-46198-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described as **NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __May 20, 2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

David L Hahn     trustee@hahnfife.com, dhahn@ecf.epiqsystems.com
Sheryl K Ith     sith@cookseylaw.com
Matthew B Learned     bknotice@mccarthyholthus.com
David F Makkabi     cmartin@pprlaw.net
Craig G Margulies     cmargulies@margulies-law.com
Dennis E Mcgoldrick     dmcgoldricklaw@yahoo.com
John Patton     jpatton@cookseylaw.com
Martin W. Phillips     marty.phillips@att.net
Christelle N Ramseyer     bknotice@mccarthyholthus.com
Andrew Edward Smyth     smythmichelle@sbcglobal.net
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Alan Steven Wolf     wdk@wolffirm.com

II. **SERVED BY** ☒**U.S. MAIL OR** ☐**OVERNIGHT MAIL**(indicate method for each person or entity served):
On __May 20, 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ernest Robles, USBC, 255 E. Temple St., Rm 1560, Los Angeles, CA  90012

☒ Service information continued on attached page

III. **SERVED BY** ☐**PERSONAL DELIVERY,** ☐**FACSIMILE TRANSMISSION OR** ☐**EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2010 | Lee Dowding | */s/ Lee Dowding* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-3.1

Label Matrix for local noticing
0973-2
Case 2:09-bk-46198-ER
Central District Of California
Los Angeles
Thu Apr 15 15:31:01 PDT 2010

U.S. Bank, NA
7720 North 16th Street, Suite 300
Phoenix, AZ 85020-7404

1ST Wilshire Finance
1925 Century Park East
#740
Los Angeles, CA 90067-2708

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

Banana Republic
P.O. Box 530942
Atlanta, GA 30353-0942

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5710

Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200

Bank of America
P.O. Box 30610
Los Angeles, CA 90030-0610

Budget Funding
Dept 8348
Los Angeles, Ca 90084-0001

Century Com Lending
1020 Corporate Pointe #200
Culver City, Ca 90230

Chase
P.O. Box 78065
Phoenix, AZ 85062-8065

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Chase
P.O.Box 44090
Jacksonville, FL 32231-4090

Chevron
P.O. Box 530950
Atlanta, GA 30353-0950

Choice Visa
P.O. Box 688901
Des Moines, IA 50368-8901

Citi
P.O. Box 6404
The Lakes, NV 88901-6404

Citi
P.O. Box 688901
Des Moines, IA 50368-8901

Citi Mortgage
P.O. Box 6006
The Lakes, NV 88901-6006

Discover
P.O. Box 6103
Carol Stream, IL 60197-6103

Downey Regional Medical
P.O.Box 54984
Los Angeles, Ca 90054-0984

Emerge
P.O. Box 84081
Columbus, GA 31908-4081

Express
P.O.Box 659728
San Antonio, TX 78265-9728

Ford Motor Credit Company LLC
P O Box 6275
Dearborn, MI 48121-6275

GE Money Bank
P.O. Box 960013
Orlando, FL 32896-0061

Home Budget Funding
Dept. 8348
Los Angeles, CA 90084-0001

(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jans Management
4274 W. Second St
Los Angeles, Ca 90004-5240


Land Rover
P O Box 6275
Dearborn, MI 48121-6275

Land Rover Capital Group
P.O. Box 680020
Franklin, TN 37068-0020

Litton Loan Servicing
P.O. Box 4387
Houston, TX 77210-4387


Macdowell & Assoc.
3636 Nirch Ste 290
New Port Beach, Ca 92660

Macy's
P.O. Box 689195
Des Moines, IA 50368-9195

Macy's
P.O. Box 6938
The Lakes, NV 88901-6938


National City
P.O. Box 856177
Louisville, KY 40285-6177

New Haven
24025 Park Sorento Ave #150
Calabasas, Ca 91302-4004

Nordstrom Bank
P.O.Box 79137
Phoenix, AZ 85062-9137


Pier 1 Imports
P.O. Box 94012
Palatine, IL 60094-4012

Shell.
P.O.Box 689151
Payment Processint Ctr
Des Moines, IA 50368-9151

Staple Citi Card
P.O.Box 689020
Des Moines, IA 50368-9020


U.S. Bank
3501 Jamboree Road
Newport Beach, CA 92660-2939

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229


Washington Mutual
P.O. Box 78065
Phoenix, AZ 85062-8065

Wells Fargo
7000 Vista Dr
Des Moines, IA 50266-9310


Elsa Rebecca Rios
10342 Brookshire Ave
Downey, CA 90241-2607

William Anthony Rios
10342 Brookshire Ave
Downey, CA 90241-2607


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Home Equity
P.O. Box 160788
Sacramento, CA 95816-0788

IRS
300 N. Los Angeles St.,Rm 4062
M/S 5022
Los Angeles, CA 90012

U.S. Bank
P.O. Box 790084
Saint Louis, MO 63179-0084